| | |
|---|---|
| 1 | The Honorable Marsha J. Pechman |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| M.H., by and through her parents, S.H. and D.H., <br><br>  Plaintiff, <br><br> v. <br><br> AETNA LIFE INSURANCE COMPANY, <br><br>  Defendant. | CASE NO. 3:20-CV-05268-MJP <br><br> STIPULATION AND ORDER OF DISMISSAL |

Plaintiff M.H. and Defendant Aetna Life Insurance Company have reached a confidential settlement in this matter and hereby stipulate and agree that this matter can and should be dismissed with prejudice and without any award of costs or attorney's fees to either party.

//
//
//
//
//
//
//
//
//
//

```
 1
 2        DATED this 14th day of October, 2020.
 3
                                        /s/Eleanor Hamburger
 4                                      Eleanor Hamburger, WSBA No. 26478
                                        Sirianni Youtz Spoonemore Hamburger PLLC
 5                                      3101 Western Avenue, Suite 350
                                        Seattle, WA 98121
 6                                      Phone: (206) 223-0303
                                        Fax: (206) 223-0246
 7                                      Email: ehamburger@sylaw.com
                                        Attorney for Plaintiff
 8
 9                                      /s/Medora A. Marisseau
                                        Medora A. Marisseau, WSBA No. 23114
10                                      KARR TUTTLE CAMPBELL
                                        701 Fifth Ave., Ste. 3300
11                                      Seattle, WA  98104
                                        Phone: (206) 223-1313
12                                      Fax: (206) 682-7100
                                        Email: mmarisseau@karrtuttle.com
13                                      Attorney for Defendant
14
15
16
17
18
19
20
21
22
23
24
25
26
27
```

STIPULATION AND ORDER OF DISMISSAL - 2
CASE NO. 3:20-CV-005268
#1345517 v1 / 44767-021

**ORDER**

Pursuant to the foregoing stipulation of the parties, this Court ORDERS that this matter be dismissed with prejudice and without any award of costs or attorney's fees.

ORDERED this 15th day of October, 2020.

_____
The Honorable Marsha J. Pechman
U.S. District Court Judge